**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

J.L.M.H.,

Petitioner,

v. CASE NO.: 7:26-cv-265 (LAG)

Warden, IRWIN COUNTY DETENTION CENTER,

Respondent.

## ORDER

Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

**SO ORDERED**, this 5th day of November, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**